UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re: Renee Antonette Sheppard
        Debtor(s)

Chapter 13
Case No.: 14-50718
Judge: Thomas J. Tucker

_____/

Renee Antonette Sheppard
        Plaintiff

v.

Aaron T. Speck
        Defendant

_____/

## ANSWER TO COMPLAINT
## TO AVOID TRANSFER AND RECOVER PROPERTY SEIZED
## PURSUANT TO 11 U.S.C. § 522(g)-(h) & 11 U.S.C. § 547 (b)

The Defendant, AARON T. SPECK, in answer to the Plaintiff's Complaint to Avoid Transfer and Recover Property Seized by Defendant/Creditor Aaron T. Speck submits the following:

1. In answer to paragraph 1, Defendant admits.

2. In answer to paragraph 2, Defendant admits.

3. In answer to paragraph 3, Defendant admits the court has jurisdiction, but denies Plaintiff is entitled to the requested relief.

4. In answer to paragraph 4, Defendant denies the allegation for the reason it is untrue.

5. In answer to paragraph 5, Defendant admits.

6. In answer to paragraph 6, Defendant admits.

7. In answer to paragraph 7, Defendant admits.

8. In answer to paragraph 8, Defendant admits.

9. In answer to paragraph 9, Defendant denies the allegation for the reason it is untrue. Defendant received a total of $596.98. (See exhibit "A")

10. In answer to paragraph 10, Defendant denies the allegation for the reason it is untrue.

11. In answer to paragraph 11, Defendant denies the allegation for the reason it is untrue.

12. In answer to paragraph 12, Defendant admits Plaintiff's counsel made a request for a return of $676.98, which was more property than Defendant received. As the amount received was $596.98, Defendant was rightfully entitled to retain the property. (See exhibit "A")

**WHEREFORE**, Defendant requests the court to dismiss the Plaintiff's complaint with costs and attorney fees, and for such additional relief as may be just and proper.

/s/ Aaron T. Speck
Aaron T. Speck (P38727)
Defendant in Pro Per
20619 Ecorse Rd.
Taylor, MI 48180
(313) 381-9000

Dated: August 8, 2014

# **EXHIBIT A**


**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640

06-06-2014

AARON T SPECK
20619 ECORSE RD
TAYLOR MI 48180-1963

NOTE: Per 39 CFR, Part 491.6, Garnishment of Salary of Employees of the Postal Service, the Financial Institution Statement with attached Periodic Check or Mailing Label shall be considered legally sufficient answer, even where no money was deducted.

| 99-9999512-801 | 06-06-2014 | 12  2014 |
|---|---|---|
| EMPLOYER ID | PAY PERIOD END DATE | PAY PERIOD |

## FINANCIAL INSTITUTION STATEMENT

| EMP ID NO. | SSN (4) | NAME | ACCT. NUMBER | AMOUNT | CODE | CHECK SERIAL NO. |
|---|---|---|---|---|---|---|
| 02467632 | 3368 | R A SHEPPARD | 14-L0155-LT | 254.58 | | 0103703504 |
| | | | | | | SUMMARY TOTALS |
| | | | | | | NO. OF ENTRIES |
| | | | | | | 1 |
| | | | | | | CHECK AMOUNT |
| | | | | | | $******254.58 |
| | | | | | | CHANGE ACTION CODES<br>T - SEPARATION<br>I - INSUFFICIENT GROSS<br>H - HIGHER PRIORITY CLAIM |

Refer inquiries concerning this payment to the Eagan Accounting Service Center at the above address, or call (651) 406-3600.
- -Separate Along The Perforation- -

---


**UNITED STATES POSTAL SERVICE®**

EAGAN MN 55121-9640

DATE 06-06-2014        F 24637798        50-937/213    0083-09    CHECK No. 0103703504

Two Hundred Fifty-Four and 58/100 Dollars

0103703504       99-9999512-801                                    $******254.58

PAY TO THE ORDER OF    AARON T SPECK
                       20619 ECORSE RD
                       TAYLOR MI 48180-1963

JP Morgan Chase
Syracuse NY
5801 E. Taft Road
North Syracuse NY 13212-4710

VOID AFTER ONE YEAR    TREASURER

14-04695-tjt   Doc 4   Filed 08/08/14   Entered 08/08/14 10:53:28   Page 4 of 5

⑈"0103703504"⑈ ⑆021309379⑆ 630150083550⑈"



**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640

06-20-2014

AARON T SPECK
20619 ECORSE RD
TAYLOR MI 48180-1963

NOTE: Per 39 CFR, Part 491.6, Garnishment of Salary of Employees of the Postal Service, the Financial Institution Statement with attached Periodic Check or Mailing Label shall be considered legally sufficient answer, even where no money was deducted.

| 99-9999512-801 | 06-20-2014 | 13 2014 |
|---|---|---|
| EMPLOYER ID | PAY PERIOD END DATE | PAY PERIOD |

## FINANCIAL INSTITUTION STATEMENT

| EMP ID NO. | SSN (4) | NAME | ACCT. NUMBER | AMOUNT | CODE | CHECK SERIAL NO. |
|---|---|---|---|---|---|---|
| 02467632 | 3368 | R A SHEPPARD | 14-L0155-LT | 342.40 | H | 0103709169 |
| | | | | | | SUMMARY TOTALS |
| | | | | | | NO. OF ENTRIES |
| | | | | | | 1 |
| | | | | | | CHECK AMOUNT |
| | | | | | | $******342.40 |

CHANGE ACTION CODES

T - SEPARATION
I - INSUFFICIENT GROSS
H - HIGHER PRIORITY CLAIM

Refer inquiries concerning this payment to the Eagan Accounting Service Center at the above address, or call (651) 406-3600.
- -Separate Along The Perforation- -

---

**UNITED STATES POSTAL SERVICE®**

EAGAN MN 55121-9640

DATE 06-20-2014       F 24693933       50-937/213    0083-09    CHECK No. 0103709169

Three Hundred Forty-Two and 40/100 Dollars

$******342.40

0103709169       99-9999512-801

PAY TO THE ORDER OF
AARON T SPECK
20619 ECORSE RD
TAYLOR MI 48180-1963

JP Morgan Chase
Syracuse NY
5801 E. Taft Road
North Syracuse NY 13212-4710

VOID AFTER ONE YEAR    TREASURER



⑈0103709169⑈ ⑆021309379⑆ 6301500835509⑈