UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:  Renee Antonette Sheppard
        Debtor(s)                           Chapter 13
                                                      Case No.: 14-04695
                                                      Judge: Thomas J. Tucker
_____/

Renee Antonette Sheppard
        Plaintiff

v.

Aaron T. Speck
        Defendant
_____/

### ORDER ADJOURNING SCHEDULING CONFERENCE

    **UPON** agreement and stipulation of the parties:

    **IT IS ORDERED** that the Initial Scheduling Conference currently scheduled for September 8, 2014 at 9:00 a.m. is adjourned to **Monday, September 15, 2014 at 9:00 a.m.**

.

**Signed on August 29, 2014**

                                                           /s/ Thomas J. Tucker
                                                           Thomas J. Tucker
                                                           United States Bankruptcy Judge